6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 07 2026
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEMONTE WILSON,

Defendant.

Case: 4:26-cr-20668
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 10/7/2026
Description: IND USA v. WILSON (tt)

---

**INDICTMENT**

---

**THE GRAND JURY CHARGES**:

**Count One**
**Distribution of Cocaine Base**
**21 U.S.C. § 841(a)(1)**

On or about March 19, 2026, in the Eastern District of Michigan, the defendant, DEMONTE WILSON, knowingly and unlawfully distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

**Count Two**
**Distribution of Cocaine Base**
**21 U.S.C. § 841(a)(1)**

On or about April 2, 2026, in the Eastern District of Michigan, the defendant, DEMONTE WILSON, knowingly and unlawfully distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

**Count Three**
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
**18 U.S.C. § 924(c)(1)(A)**

On or about April 9, 2026, in the Eastern District of Michigan, the defendant, DEMONTE WILSON, knowingly possessed a firearm, that is, a Smith and Wesson M&P Shield 9mm semi-automatic pistol, a Smith and Wesson M&P 15 5.56 caliber semi-automatic pistol, and a Ruger 5.7 caliber semi-automatic pistol, in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine base, as charged in Count Four of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

**Count Four**
**Possession with Intent to Distribute Cocaine Base**
**21 U.S.C. § 841(a)(1)**

On or about April 9, 2026, in the Eastern District of Michigan, the defendant, DEMONTE WILSON, knowingly and unlawfully possessed with intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

**FORFEITURE ALLEGATIONS**

**Criminal Forfeiture**
**21 U.S.C. § 853**

The allegations contained in Count One, Count Two, and Count Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission

of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**Criminal Forfeiture**
**18 U.S.C. § 924(d)(1)**

The allegations contained in Count Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in this Indictment, DEMONTE WILSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offenses including but not limited to a Smith and Wesson, M&P Shield, 9mm semi-automatic pistol, sn: ENZ2228; a Smith and Wesson. M&P 15. 5.56 caliber semi-automatic pistol, sn: TV48881; and a Ruger 5.7 caliber semi-automatic pistol, sn: 64161038; and ammunition.

Dated: October 7, 2026

**THIS IS A TRUE BILL**

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant U.S. Attorney
600 Church Street, Suite 200
Flint, Michigan 48502-1208
(810) 766-5177
Blaine.longsworth@usdoj.gov
(P55984)

**Companion Case information MUST be completed by AU**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** |
|---|---|

Case: 4:26-cr-20668
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 10/7/2026
Description: IND USA v. WILSON (tt)

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☑ **No** | **AUSA's Initials:** BL |

**Case Title:** USA v. U.S. v DEMONTE WILSON

**County where offense occurred :** Genesee

**Check One:** ☑ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__X__Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30512 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 7, 2026
Date

s/Blaine Longsworth

Blaine Longsworth
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: blaine.longsworth@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.